IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HORTICA-FLORISTS' MUTUAL
INSURANCE COMPANY                                                                    PLAINTIFF

VS.                                      CASE NO. 07-1119

PITTMAN NURSERY CORPORATION,
DONNA SUE PITTMAN KING,
PITTMAN PROPERTIES LIMITED PARTNERSHIP #1,
DAWOOD AYDANI, BILL FEAZELL,
D&M PITTMAN, INC., ARCELIA MONTIZE,
EVENCIO GARCIA, AGUSTIN GARCIA GONZALEZ,
MICKEY H. PITTMAN, and JOHN-MICHAEL HUNTER                    DEFENDANTS

### SEPARATE MOTION TO DISMISS OF DAWOOD AYDANI

COMES NOW the separate defendant, Dawood Aydani, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure moves for the claims against said defendant to be dismissed with prejudice, and in support thereof states as follows:

1. This is a declaratory judgment action between the insured, Pittman Nursery Corporation, and the insurer, the plaintiff above. Dawood Aydani is not a party to the insurance contract, nor is he a third party beneficiary thereof.

2. A close reading of the complaint reveals that Dawood Aydani is named in the style of the case and subsequently is identified in the definitional section as a party. Beyond that, there is absolutely no cause of action stated with regard to Dawood Aydani as it pertains to the claims between the insurer and the insured in this declaratory judgment action. Although Dawood Aydani has been a party to other litigation and has

had a justiciable interest in those other litigations, no such nexus or controversy exists between the plaintiff and this separate defendant.

3. The complaint itself makes the foregoing clear without the necessity of reference to extrinsic evidence, and accordingly the complaint fails to state a claim upon which relief can be granted, and this motion should be granted consistent with the Federal Rules of Civil Procedure 12(b)(6).

WHEREFORE, PREMISES CONSIDERED, the separate defendant, Dawood Aydani, prays for dismissal with prejudice of the claims of the plaintiff against said defendant, and for all other relief to which said separate defendant is entitled.

Respectfully submitted this April 11, 2008.

        **VICKERY & CARROLL, P.A.**
        Attorneys for Defendant Dawood Aydani


        By:   /s/ Ian W. Vickery_____
             Ian W. Vickery (Ark. Bar ID# 76132)
             PO Box 2037
             El Dorado, AR 71731-2037
             Phone (870) 862-5565
             Fax (870) 863-5889
             ivickery@southarklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Kristine G. Baker
Brad G. Dowler
Quattlebaum, Grooms, Tull
    & Burrow PLLC
111 Center Street, Suite 1900
Little Rock AR 72201

                                              By:___/s/ Ian W. Vickery_____
                                              Ian W. Vickery (Ark. Bar ID# 76132)
                                              PO Box 2037
                                              El Dorado, AR 71731-2037
                                              Phone (870) 862-5565
                                              Fax (870) 863-5889
                                              ivickery@southarklaw.com