IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| HORTICA - FLORISTS' MUTUAL INSURANCE COMPANY | PLAINTIFF |
| Case No. 07-1119 | |
| PITTMAN NURSERY CORPORATION, DONNA SUE PITTMAN KING, PITTMAN PROPERTIES LIMITED PARTNERSHIP #1, DAWOOD AYDANI, BILL FEAZELL, D&M PITTMAN, INC., ARCELIA MONTIZE, EVENCIO GARCIA, AGUSTIN GARCIA GONZALEZ, MICKEY H. PITTMAN, and JOHN-MICHAEL HUNTER | DEFENDANTS |

### DEFENDANT BILL FEAZELL'S
### MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Bill Feazell ("Mr. Feazell"), files this Motion to Dismiss Plaintiff Hortica-Florists' Mutual Insurance Company's ("Plaintiff" or "Hortica") Complaint pursuant to Federal Rule of Civil Procedure 12(b) and would show as follows:

1.   Hortica filed this declaratory judgment action to adjudicate coverage under certain insurance policies. The insured under those policies is Pittman Nursery Corporation with Hortica serving as the insurer.

2.   Hortica has named Mr. Feazell as an individual in the present suit, even though he does not appear in his individual capacity in any of the underlying suits.

3.   In fact, Mr. Feazell was not a party in any capacity to four of the five suits. Mr. Feazell is not a party to the putative class action filed by Arcelia Montize, Evencio Garcia, and Agustin Garcia Gonzalez. Additionally, Mr. Feazell is not a party to the lawsuit initiated by John-Michael Hunter. The remaining suits addressed in Hortica's Complaint have settled, including the only lawsuit implicating Mr. Feazell (in a derivative capacity as a trustee for

1

certain voting shares of Pittman Nursery Corporation). Hortica has improperly sued Mr. Feazell as an individual instead of in his representative capacity.

4.  Because Hortica seeks a declaration of coverage to litigation that Mr. Feazell is no longer a party to, Hortica lacks standing to assert the claims. Additionally, those claims are moot and cannot be adjudicated. Hortica has no further interest in that litigation, and Mr. Feazell, even if he had been suing in an individual capacity, can obtain no rights under the policies in that litigation. Moreover, Mr. Feazell can not obtain any judgment that would produce damages payable by Hortica under the various policies because the one case in which he appeared, in a derivative capacity, has settled and been dismissed with prejudice. Thus, the Complaint must be dismissed for lack of a "case or controversy" under Article III of the Constitution.

5.  As to the pending litigation, Mr. Feazell has not been named as a defendant in either of those lawsuits. Even if Mr. Feazell had some claim for coverage in those lawsuits, Mr. Feazell is not potentially liable. Unless and until Mr. Feazell is named as a defendant in those suits, the case is not ripe for adjudication and must be dismissed for lack of a "case or controversy" under Article III of the Constitution.

6.  The Complaint should also be dismissed under Federal Rule of Civil Procedure 12(b)(6). Mr. Feazell is not seeking insurance coverage personally for the pending litigation because he is not even named in the pending litigation. Nor does he seek coverage for the settled cases. Therefore Hortica cannot get a declaration of rights as to Mr. Feazell because Mr. Feazell's rights under the policy are not at issue.

Respectfully submitted,

/s/ _____
William B. Harrell
  Texas Bar. No. 09042250
803 Pine Street
Texarkana, Texas 75501
(903) 793-1041 – Telephone
(903) 793-8449 – Facsimile
Wbharrell@windstream.net

**ATTORNEY FOR DEFENDANT
BILL FEAZELL**

Of Counsel:

Stephen D. Wilson
  Texas Bar No. 24003187
Bradley C. Knapp
  Texas Bar No. 24060101
LOCKE LORD BISSELL & LIDDELL, LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
(214) 740-8000 - Telephone
(214) 740-8800 – Facsimile
swilson@lockelord.com

DALLAS 1686650v.2

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the forgoing Original Answer and Counterclaim with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record including:

Kristine G. Baker
Quattlebaum, Grooms, Tull & Burrow PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201

Attorney for Plaintiff,
Hortica-Florists' Mutual Insurance Company

Dated:  May 13, 2008

                                      /s/_____
                                      William B. Harrell, Attorney for Defendant

DALLAS 1686650v.2