IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HORTICA-FLORISTS' MUTUAL
INSURANCE COMPANY                                                                 PLAINTIFF

VS.                                    CASE NO. 07-CV-1119

PITTMAN NURSERY CORPORATION,
DONNA SUE PITTMAN KING,
PITTMAN PROPERTIES LIMITED PARTNERSHIP #1,
DAWOOD AYDANI, BILL FEAZELL,
D&M PITTMAN, INC., ARCELIA MONTIZE,
EVENCIO GARCIA, AGUSTIN GARCIA GONZALEZ
MICKEY H. PITTMAN, and JOHN-MICHAEL HUNTER                      DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by Separate Defendant, Dawood Aydani, on April 11, 2008. (Doc. 6). Plaintiff has responded. (Doc. 21). Defendant replied to Plaintiff's response. (Doc. 25). On July 1, 2008, after Defendant filed his Motion to Dismiss, Plaintiff filed its First Amended Complaint. (Doc. 46). Thus, the Court finds that Defendant's Motion to Dismiss, (Doc. 6), should be and hereby is **DENIED** at this time. Accordingly, Defendant may re-file his Motion to Dismiss referencing Plaintiff's Amended Complaint.

**IT IS SO ORDERED**, this 25th day of November, 2008.

                                                              /s/ Harry F. Barnes
                                                             Hon. Harry F. Barnes
                                                             United States District Judge