IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| HORTICA-FLORISTS' MUTUAL<br>INSURANCE COMPANY | PLAINTIFF |
| VS.     CASE NO. 07-1119 | |
| PITTMAN NURSERY CORPORATION,<br>DONNA SUE PITTMAN KING,<br>PITTMAN PROPERTIES LIMITED PARTNERSHIP #1,<br>DAWOOD AYDANI, BILL FEAZELL,<br>D&M PITTMAN, INC., ARCELIA MONTIZE,<br>EVENCIO GARCIA, AGUSTIN GARCIA GONZALEZ,<br>MICKEY H. PITTMAN, and JOHN-MICHAEL HUNTER | DEFENDANTS |

### SEPARATE MOTION TO DISMISS OF DAWOOD AYDANI
### TO THE SECOND AMENDED COMPLAINT

COMES NOW Dawood Aydani, by and through his counsel, Ian W. Vickery, and for his Motion to Dismiss to the Second Amended Complaint, states as follows:

1.      The Second Amended Complaint neither raises a justiciable controversy nor sets forth any claim against Dawood Aydani with regard to the allegations set forth in said Second Amended Complaint. In fact, although other parties are alleged to have controversies with regard to the insurance coverage provided by the plaintiff, no such allegation or averment is contained with regard to Mr. Aydani.

2.      To the extent that the there is a section referred to as "The Aydani Litigation" (beginning on page 25 of the Second Amended Complaint), this count deals solely with the potential claims of Pittman Nursery.

3.      Further to this Motion, the Court will recall that there was a previous lawsuit filed by Dawood Aydani in state court, as referenced in paragraph 65 of the Seconded Amended Complaint, but his particular lawsuit was dismissed with prejudiced as a part of a global settlement and cannot be raised again. (See attached Order of dismissal with prejudice.)

WHEREFORE, PREMISES CONSIDERED, the separate defendant, Dawood Aydani, prays for, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, said complaint be dismissed as against Dawood Aydani for failure to state a cause of action against said defendant, and for all other relief to which said this defendant is entitled, including court costs and attorney's fees.

Respectfully submitted this March 10, 2009.

                                        **VICKERY & CARROLL, P.A.**
                                        Attorneys for Defendant Dawood Aydani

                                        By:     /s/ Ian W. Vickery
                                                Ian W. Vickery (Ark. Bar ID# 76132)
                                                PO Box 2037
                                                El Dorado, AR 71731-2037
                                                Phone (870) 862-5565
                                                Fax (870) 863-5889
                                                ivickery@southarklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Kristine G. Baker
Brad G. Dowler
Quattlebaum, Grooms, Tull & Burrow PLLC
111 Center Street, Suite 1900
Little Rock AR 72201

Ronny J. Bell
rbell@bellawfirm.com

Walter L. Boyaki
wboyaki@aol.com

Winford L. Dunn, Jr.
wldunn@dnmlawfirm.com

Karen Talbot Gean
ktalbot@belllawfirmpa.com

William B. Harrell
wbharrell@windstream.net

Jennifer R. Jameson
jjameson@belllawfirm.com

Mike Milligan
ElPasoMike13@aol.com

David P. Price
dplaw4781@sbcglobal.net

Stephen D. Wilson
swilson@lockelord.com

By:  /s/ Ian W. Vickery
　　　Ian W. Vickery (Ark. Bar ID# 76132)
　　　PO Box 2037
　　　El Dorado, AR 71731-2037
　　　Phone (870) 862-5565