IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HORTICA-FLORISTS' MUTUAL
INSURANCE COMPANY                                                          PLAINTIFF


VS.                          CASE NO. 07-cv-1119


PITTMAN NURSERY CORPORATION,
DONNA SUE PITTMAN KING,
ARCELIA MONTIZE, EVENCIO GARCIA,
AGUSTIN GARCIA GONZALEZ,
and JOHN-MICHAEL HUNTER                                                    DEFENDANTS


## ORDER

Before the Court is Pittman Nursery Corporation's ("PNC") Second Cross-Motion for Partial Summary Judgment. (Doc. 126). Plaintiff, Hortica-Florists' Mutual Insurance Company ("Hortica") has responded. (Docs. 131). PNC filed a reply. (Doc. 134). The Court finds this matter ripe for consideration. For reasons discussed in the Memorandum Opinion of even date, the Court finds that Hortica had a duty to defend PNC in the Aydani lawsuit. Accordingly, PNC's Second Cross-Motion for Partial Summary Judgment is **GRANTED** as it relates to Hortica's duty to defend PNC in the Aydani lawsuit.

IT IS SO ORDERED, this 30th day of August, 2010.


/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge