**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**HORTICA-FLORISTS' MUTUAL**
**INSURANCE CO.,**                                    **PLAINTIFF**

        **v.**          **Case No. 07 - 1119**

**PITTMAN NURSERY CORPORATION, et al.,**              **DEFENDANTS**

<u>**O R D E R**</u>

Before the Court is Hortica-Florists' Mutual Insurance Company's and the Muniz Separate Defendants' Joint Motion to Dismiss (Doc. 172). Upon due consideration, the Motion (Doc. 172) is hereby **GRANTED,** and all claims and counterclaims pending between Hortica-Florists' Mutual Insurance Company and Arcelia Muniz a.k.a. Arcelia Montize, Evencio Garcia, and Agustin Garcia Gonzalez are dismissed with prejudice. Ms. Muniz/Montize, Mr. Garcia, and Mr. Gonzalez are therefore dismissed as parties to this action.

**IT IS SO ORDERED this 9th day of August 2011.**


                        /s/ Robert T. Dawson
                        Robert T. Dawson
                        United States District Judge