IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HORTICA-FLORISTS' MUTUAL
INSURANCE CO.,                                              PLAINTIFF

   v.           Case No. 07 - 1119

PITTMAN NURSERY CORPORATION,                                DEFENDANT

## J U D G M E N T

For reasons set forth in the Memorandum Opinion filed contemporaneously herewith, Plaintiff's Motion for Judgment as a Matter of Law (Doc. 249) is **GRANTED**. Defendant's Motion for Judgment and for Attorneys' Fees (Doc. 247) is **GRANTED IN PART AND DENIED IN PART** in that Plaintiff is ordered to pay the sum of $30,275 in attorneys' fees to Defendant's counsel to cover the balance owed for the cost of defense in the *Muniz* case. Defendant's demand for judgment in accordance with the jury's verdict in the trial of the instant case and all other demands for attorneys' fees in the instant case or in the underlying coverage lawsuits are **DENIED. The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 10th day of January 2012.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge